**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| UNITED STATES OF AMERICA <br><br> v. <br><br> WILLIAM SUAREZ | No. 3:14CR191(MPS) |

**ORDER TO TERMINATE TERM OF SUPERVISED RELEASE**

In accordance with Title 18 U.S.C. §3583(e)(1), the Court hereby ORDERS that, as of July 15, 2020, William Suarez' term of supervised release shall be terminated in light of his anticipated completion of the Support Court Program, such that his supervision will be completed on July 15, 2020.

IT IS SO ORDERED.

_____/s/_____
Michael P. Shea, U.S.D.J.

Dated:     Hartford, Connecticut
           July 15, 2020